SWIGART LAW GROUP
JOSHUA B. SWIGART, SBN 225557
  Josh@SwigartLawGroup.com
2221 Camino Del Rio S., Ste 308
San Diego, California 92108
Telephone:  866-219-3343

LAW OFFICES OF DANIEL G. SHAY
DANIEL G. SHAY, SBN 250548
  DanielShay@TCPAFDCPA.com
2221 Camino Del Rio S., Ste 308
San Diego, California 92108
Telephone:  619-222-7429

*Attorneys for Plaintiff*
GEOFFREY TAYLOR


GIBSON, DUNN & CRUTCHER LLP
MICHAEL HOLECEK, SBN 281034
  MHolecek@gibsondunn.com
DYLAN ALEXANDER NOCEDA, SBN 341920
  DNoceda@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone:  213.229.7000
Facsimile:  213.229.7520

*Attorneys for Defendant*
MEET MUSE MEDIA, INC.


# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY TAYLOR, individually and on behalf of others similarly situated, | CASE NO. 3:22-cv-01582-AJB-KSC |
| Plaintiff, | **JOINT MOTION OF PARTIES TO STAY PROCEEDINGS** |
| v. | |
| MEET MUSE MEDIA, INC., | |
| Defendant. | |

1       This stipulation is entered into by and among Plaintiff Geoffrey Taylor
2   ("Plaintiff"), and Defendant Meet Muse Media, Inc. ("Defendant") (collectively referred
3   to as the "Parties"), by and through their respective attorneys of record, pursuant to
4   Southern District Local Rule 7.2.

5       WHEREAS, Plaintiff filed his Complaint on October 14, 2022 ("Complaint");

6       WHEREAS, the Parties entered into a stipulation to extend the time for Defendant
7   to respond to Plaintiff's Complaint until December 22, 2022 (Dkts. 4, 5);

8       WHEREAS, the Parties have reached an agreement in principle regarding the
9   claims in the Complaint;

10      WHEREAS, the Parties are preparing a settlement agreement;

11      WHEREAS, the Parties expect to file a dismissal within sixty (60) days;

12      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and
13  between the undersigned parties through their respective counsel, that all further
14  proceedings in this matter shall be stayed for sixty (60) days, until February 7, 2023,
15  pending the expected settlement of Plaintiff's claims and entry of dismissal in this
16  matter.

17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn &
Crutcher LLP

1  DATED:  December 9, 2022                    GIBSON, DUNN & CRUTCHER LLP

2

3                                              By: */s/ Michael Holecek*
                                                   Michael Holecek
                                                   Dylan Alexander Noceda
4
                                               *Attorneys for Defendant*
5                                              MEET MUSE MEDIA, INC.

6

7

8

9

10

11

12  DATED:  December 9, 2022                    SWIGART LAW GROUP

13

14                                             By: */s/ Joshua B. Swigart*
                                                   Joshua B. Swigart, Esq.
15
                                               *Attorneys for Plaintiff*
16                                             GEOFFREY TAYLOR

17                                             LAW OFFICE OF DANIEL G. SHAY

18

19                                             By: */s/ Daniel G. Shay*
                                                   Daniel G. Shay, Esq.
20
                                               *Attorneys for Plaintiff*
21                                             GEOFFREY TAYLOR

22

23

24

25

26

27

28

1

## **SIGNATURE CERTIFICATION**

2          Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies

3   and Procedures Manual, I hereby certify that the content of this document is acceptable

4   to Joshua B. Swigart and Daniel G. Shay, counsel for Plaintiff Geoffrey Taylor, and that

5   I have obtained Mr. Swigart's and Mr. Shay's authorization to affix their electronic

6   signatures to this document.

7

8   DATED:  December 9, 2022              GIBSON, DUNN & CRUTCHER LLP

9

10                                        By   */s/ Michael Holecek*
                                               Michael Holecek
11

12                                        *Attorneys for Defendant*
                                          MEET MUSE MEDIA, INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28